MANX TAXI HOLDING COMPANY, INC., Respondent, *v.* HUGO HOFFMAN CREDIT CORPORATOIN, Appellant, Impleaded with Others.

(Argued October 12, 1931; decided November 17, 1931.)

*Henry C. Burnstine, Emanuel J. Freiberg* and *Roy Plaut* for appellant.

*Nathan Kelmenson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.